# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC GRIFFIN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LINDA SANDERS, Warden, )<br>United States Medical Center For )<br>Federal Prisoners, )<br>)<br>Respondent. ) | Case No. 6:12-CV-03439-BCW |

## ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation dismissing Petitioner's petition for a writ of habeas corpus without prejudice (Doc. #10). Petitioner filed an objection to the Report and Recommendation (Doc. #13). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED the Magistrate's Report and Recommendation be attached to and made part of this Order, and Petitioner is denied leave to proceed *in forma pauperis*. It is further

ORDERED Petitioner's petition for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED Petitioner's Motions (Docs. #8 and #12) are DENIED AS MOOT.

IT IS SO ORDERED.


DATED: January 29, 2013         /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT